WALTER CAVANAGH et al., Appellants, *v.* METROPOLITAN JOCKEY CLUB et al., Respondents, Impleaded with Others.

Submitted September 30, 1940; decided October 18, 1940.

*Sidney Kraut* and *Alex Kraut* for appellants.

*Martin A. Schenck, Joseph S. Auerbach* and *William J. Carr* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.